## ALARZ OZINEC *v.* STATE OF MARYLAND.
### [No. 56, October Term, 1935.]

*Decided January 15th, 1936.*

The cause was submitted on briefs to BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Richard E. Preece,* for the appellant.

*Herbert R. O'Conor, Attorney General, Hilary W. Gans, Deputy Attorney General, J. Bernard Wells, State's Attorney for Baltimore City,* and *Charles C. Di Paula* and *Thomas N. Biddison, Assistant State's Attorneys,* for the State.

SLOAN, J., delivered the opinion of the Court.